UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

GlobalFoundries U.S. Inc.,

                Plaintiff,                    23 CV 03348 (KMK)

-v-                                           CALENDAR NOTICE

International Business Machines Corporation,

                Defendants.

-------------------------------------------------------X

KENNETH M. KARAS, District Judge:

Please take notice that the above captioned action has been scheduled for oral argument on Plaintiff's Motion to Expedite Discovery before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, May 11, 2023 at 11:00 a.m. in Courtroom 620, 300 Quarropas Street, White Plains, NY 10601.

Dated: May 4, 2023
       White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J