UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBALFOUNDRIES U.S. INC.,

                              Plaintiff,

            v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

                              Defendant.

No. 23-CV-3348 (KMK)

MOTION SCHEDULNG ORDER

KENNETH M. KARAS, District Judge:

On May 2, 2023, this Court adopted a briefing schedule for Plaintiff's Motion for Expedited Discovery.  (Dkt. No. 24.)  In addition, the Court scheduled oral argument on the instant Motion to take place on May 11, 2023 at 11:00AM.  (Dkt. No. 25.)  Given the expedited schedule for the instant Motion, Plaintiff's reply to Defendant's opposition, if any, is due by no later than 12:00PM on May 10, 2023.  There will be no extensions.

SO ORDERED.

DATED:      May 8, 2023
            White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE