PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS  NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3183

WRITER'S DIRECT FACSIMILE
(212) 492-0183

WRITER'S DIRECT E-MAIL ADDRESS
ratkins@paulweiss.com

August 2, 2023

**By ECF**
The Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
  Federal Building and United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re:  *GlobalFoundries U.S. Inc.* v.
     *International Business Machines Corporation*
     Case No. 7:23-cv-03348-KMK-AEK

Dear Judge Karas:

     We write on behalf of Defendant International Business Machines Corporation ("IBM") to request permission under Rule I.C of the Individual Rules of Practice of the Honorable Kenneth M. Karas to request an extension of time to file a motion to dismiss the Complaint filed by Plaintiff GlobalFoundries U.S. Inc. ("GF") on April 21, 2023 (ECF No. 1) in the above-captioned action pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

     On July 20, 2023, the Court ordered that Defendant's motion is due August 19, 2023, Plaintiff's response is due September 19, 2023, and Defendant's reply is due October 9, 2023. In order to avoid weekend or holiday deadlines, we request a briefing schedule as follows:

| | |
|---|---|
| Motion due: | August 21, 2023 |
| Response due: | September 22, 2023 |
| Reply due: | October 11, 2023 |

     Plaintiff GF has consented to this request. There have been no prior requests to extend the time for the motion to dismiss briefing schedule.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

                Respectfully submitted,

                */s/ Robert A. Atkins*

                Robert A. Atkins

cc: All counsel of record (via ECF)