IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBALFOUNDRIES U.S. INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant. | 7:23-cv-03348-KMK-AEK <br><br> ~~[PROPOSED]~~ ORDER |

WHEREAS by Order dated July 20, 2023, the Court directed that Defendant International Business Machines Corporation's ("IBM") motion to dismiss the Complaint of Plaintiff GLOBALFOUNDRIES U.S. INC. ("GF") in the above-captioned action is due on August 19, 2023; Plaintiff GF's response is due on September 19, 2023; and Defendant IBM's reply is due on October 9, 2023;

ORDERED that the dates are adjusted as follows:

- Defendant's motion is due August 21, 2023
- Plaintiff's response is due September 22, 2023
- Defendant's reply is due October 11, 2023

**SO ORDERED.**

Dated: ____August 3____, 2023.

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE