PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

WRITER'S DIRECT DIAL NUMBER
(212) 373-3183

WRITER'S DIRECT FACSIMILE
(212) 492-0183

WRITER'S DIRECT E-MAIL ADDRESS
ratkins@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MEMO ENDORSED

August 21, 2023

**By ECF**

The Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
 Federal Building and United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

> Re:  *GlobalFoundries U.S. Inc.* v.
>      *International Business Machines Corporation*,
>      Case No. 7:23-cv-03348-KMK-AEK

Dear Judge Karas:

    We write on behalf of Defendant International Business Machines Corporation ("IBM") to request an order under Your Honor's Individual Rule IX authorizing the sealed filing of certain exhibits to the August 21, 2023 Declaration of Robert A. Atkins in support of IBM's Motion to Dismiss the Complaint filed by Plaintiff GlobalFoundries U.S. Inc. ("GF") on April 21, 2023 (ECF No. 1) in the above-referenced action.

    These exhibits, which contain confidential business information, are the Master IBM Joint Development Terms and Conditions (Ex. 1), the Albany Cooperation Agreement (Ex. 2), GF's state court complaint against IBM (Index No. 653640/2021 NY Sup. Ct. June 7, 2021) (Ex. 3), the Joint Development Project Agreement for Pathfinding Semiconductor Technology Research (Ex. 4), the Fifth Amended and Restated Participation Agreement (Ex. 22), and the Master Transaction Agreement (Ex. 23). A minimally redacted copy of Exhibit 3 is publicly filed.

    On May 11, 2023, the Court granted Plaintiff's application to permanently maintain the sealed, unredacted Complaint filed in Dkt. No. 23-MC-111. (ECF No. 37.) The agreements IBM seeks to file under seal include text from that Complaint that the Court already has ordered to be permanently maintained under seal. Similarly, the redactions to the state court complaint,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

Ex. 3, are to terms of agreements between IBM and GF.

Granted.

So Ordered

*[signature]*

8/22/23

Respectfully submitted,

*/s/ Robert A. Atkins*
Robert A. Atkins

cc: All counsel of record (via ECF)