PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3183

WRITER'S DIRECT FACSIMILE
(212) 492-0183

WRITER'S DIRECT E-MAIL ADDRESS
ratkins@paulweiss.com

MEMO ENDORSED

September 28, 2023

**By ECF**
The Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
 Federal Building and United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re:   *GlobalFoundries U.S. Inc.* v.
 *International Business Machines Corporation*,
 Case No. 7:23-cv-03348-KMK-AEK

Dear Judge Karas:

We write on behalf of Defendant International Business Machines Corporation ("IBM") to request an order under Your Honor's Individual Rule IX authorizing the sealed filing of exhibits to IBM's September 28, 2023 letter regarding outstanding discovery disputes (ECF No. 81) in the above-referenced action.

These exhibits, which contain confidential business information, are correspondence between IBM and Plaintiff GlobalFoundries ("GF") regarding IBM's discovery requests (Ex. 1), GF's Responses and Objections to IBM's First Requests for Production (Ex. 2), GF's Responses and Objections to IBM's First Interrogatories (Ex 3), IBM's First Requests for Production (Ex. 4) and IBM's First Interrogatories (Ex. 5).

On May 11, 2023, the Court granted Plaintiff's application to permanently maintain the sealed, unredacted Complaint filed in Dkt. No. 23-MC-111. (ECF No. 37.) The documents IBM seeks to file under seal include text from that Complaint that the Court already has ordered to be permanently maintained under seal.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

Respectfully submitted,

*/s/ Robert A. Atkins*
Robert A. Atkins

cc: All counsel of record (via ECF)

Granted.

So Ordered.

9/29/23