MUNGER, TOLLES & OLSON LLP

350 SOUTH GRAND AVENUE
FIFTIETH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

———

560 MISSION STREET
TWENTY-SEVENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

———

601 MASSACHUSETTS AVENUE NW
SUITE 500E
WASHINGTON, D.C. 20001-5369
TELEPHONE (202) 220-1100
FACSIMILE (202) 220-2300

December 12, 2023

Writer's Direct Contact
(415) 512-4027
(415) 644-6927 FAX
carolyn.luedtke@mto.com

**VIA ECF**

The Honorable Andrew E. Krause
The Hon. Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    Request Re: December 14 Status Conference: *GlobalFoundries U.S. Inc. v. International Business Machines Corporation*, Case No. 7:23-cv-03348-KMK-AEK

Dear Judge Krause:

    I am lead counsel for nonparty Intel Corporation and respectfully request the opportunity to attend the December 14 status conference by telephone, consistent with the Court's practice at the November 2, 2023 hearing. The parties and nonparties submitted a letter yesterday on their differing positions with regard to Section 18(b) of Protective Order. Given that submission, and our general interest in the substance of the motions by the Parties pending before the Court on Thursday, I respectfully request the opportunity to appear telephonically and present Intel's position on the Protective Order dispute.

    Very truly yours,

    */s/ Carolyn Hoecker Luedtke*

    Carolyn Hoecker Luedtke